UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

BILL RUNDANS, individually,
    Plaintiff,

v.

MCCARTHY, BURGESS & WOLFF, INC.,
an Ohio corporation,                           **JURY DEMAND**

    Defendant.
_____/

## COMPLAINT

1. Plaintiff BILL RUNDANS alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") against Defendant MCCARTHY, BURGESS & WOLFF, INC.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the phone call forming the basis of this action was placed by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received letters and phone calls from Defendant within this District.

## PARTIES

5. Plaintiff BILL RUNANDS is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant MCCARTHY, BURGESS & WOLFF, INC. ("McCarthy, Burgess & Wolff") is a debt collector that operates from offices located at 26000 Cannon Road, Cleveland, OH 44146; Plaintiff further alleges that McCarthy, Burgess & Wolff is a citizen of the State of Ohio.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously incurred a debt to Firestone Complete Auto Care in connection with repairs to his personal automobile.

11. Defendant McCarthy, Burgess & Wolff was subsequently engaged to attempt to collect the aforementioned debt.

12. On October 28, 2014, Defendant sent a dunning letter to the Plaintiff demanding payment of the aforementioned debt. A true and correct copy of the Defendant's dunning letter is attached hereto and incorporated herein as Exhibit A.

13. On November 4, 2014, the Plaintiff sent a certified letter to Defendant McCarthy, Burgess & Wolff disputing the aforementioned debt, and demanding that the Defendant cease and desist from all attempts to collect it. A true and correct copy of the Plaintiff's letter and certified mail receipt is attached hereto and incorporated herein as Exhibit B.

14. On November 7, 2014, Defendant McCarthy, Burgess & Wolff received the Plaintiff's letter as evidenced by the domestic return receipt returned in connection with the certified

letter sent by Plaintiff. A true and correct copy of this return receipt is attached hereto and incorporated herein as <u>Exhibit C</u>.

15. On November 24, 2014, despite receipt of the Plaintiff's letter advising the Defendant to stop contact him, Defendant placed another collection call to Plaintiff, and left the following voicemail:

> This message is from Tyranda Lewis calling from McCarthy, Burgess & Wolff, this is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please give me a return phone call to 888-817-1750, Extension 4306. Please reference 24218138.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff incorporates paragraphs 1 through 15 herein.

17. Defendant violated the FDCPA by continuing to communicate with the Plaintiff after being advised in writing to cease communicating, in violation of 15 U.S.C. § 1692c(c).

WHEREFORE, Plaintiff BILL RUNDANS requests that the Court enter judgment in favor of Plaintiff and against Defendant MCCARTHY, BURGESS & WOLFF, INC. for:

    a. actual damages;

    b. statutory damages of $1,000.00;

    c. attorney's fees, litigation expenses, and costs of the instant suit, and;

    d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 3rd day of December, 2014.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste 302

       Aventura, Florida 33180
       Telephone: (954) 454-5841
       Facsimile: (954) 454-5844
       blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
   Bret L. Lusskin, Esq.
   Florida Bar No. 28069

4